| | |
|---|---|
| COLLEEN BAL (*pro hac vice* pending) | KURT OPSAHL (*pro hac vice*) |
| cbal@wsgr.com | kurt@eff.org |
| BART E. VOLKMER (*pro hac vice* pending) | CORYNNE MCSHERRY (*pro hac vice*) |
| bvolkmer@wsgr.com | corynne@eff.org |
| WILSON SONSINI GOODRICH & ROSATI | ELECTRONIC FRONTIER FOUNDATION |
| 650 Page Mill Road | 454 Shotwell Street |
| Palo Alto, Ca 94304-1050 | San Francisco, Ca 94110 |
| Telephone: (650) 493-9300 | Telephone: (415) 436-9333 |
| Facsimile: (650) 493-6811 | Facsimile: (415) 436-9993 |

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | CASE NO.: 2:10-cv-01343-RLH-PAL |
| Plaintiff, | **DECLARATION OF BART E. VOLKMER IN SUPPORT OF DEFENDANT THOMAS A. DIBIASE'S MOTION TO DISMISS** |
| v. | |
| THOMAS A. DIBIASE, an individual, | |
| Defendant. | |
| THOMAS A. DIBIASE, an individual, | |
| Counterclaimant, | |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited-liability company, | |
| Counter-defendant. | |

I, Bart E. Volkmer, declare as follows:

1. I am counsel for Defendant Thomas A. DiBiase. I submit this declaration in support of his motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. On October 28, 2010, I performed a search for the party "Righthaven" using the Court's ECF system. Based on that search, it appears that Righthaven has filed more than 150 cases in the District of Nevada within the past year. Many of the defendants in those lawsuits appear to be individuals and non-profit organizations.

3. Attached hereto as Exhibit A is a true and correct copy of business entity information for Righthaven LLC printed from the Nevada Secretary of State's website on October 28, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of business entity information for Net Sortie Systems, LLC printed from the Nevada Secretary of State's website on October 28, 2010.

5. Attached hereto as Exhibit C is a true and correct copy of a Las Vegas Journal-Review article entitled "Retired teacher gets death penalty for wife's murder" printed on October 28, 2010. The article was freely available at **http://www.lvrj.com/news/retired-teacher-gets-death-penalty-for-wife-s-murder-96191524.html** as of October 28, 2010.

6. Attached hereto as Exhibit D is a true and correct copy of an article entitled "Newspaper Chain's New Business Plan: Copyright Suits" that was printed from the Wired.com website on October 28, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of October 2010, at Palo Alto, California.

_____
Bart E. Volkmer