# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

               Plaintiff,

vs.

THOMAS A. DIBIASE,

               Defendant.

Case No. 2:10-cv-01343-RLH-PAL

**ORDER**

(Substitution of Counsel - Dkt. #24)

This matter is before the court on a Substitution of Attorneys (Dkt. #24) filed November 12, 2010. It seeks to substitute Shawn A. Mangano in the place and stead of Steven A. Gibson as attorney for Plaintiff Righthaven LLC in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." All other counsel for Righthaven shall continue representation. The Complaint (Dkt. #1) was filed on August 9, 2010. Accordingly,

**IT IS ORDERED** that Plaintiff's request to substitute Shawn A. Mangano in the place and stead of Steven A. Gibson is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 18th day of November, 2010.

                                                                PEGGY A. LEEN
                                                                UNITED STATES MAGISTRATE JUDGE