COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Counterclaimant,<br>　　v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Counter-defendant.<br>_____ | CASE NO.:  2:10-cv-01343-RLH-PAL<br><br>**CORRECTED STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERCLAIMANT TO FILE RESPONSE TO MOTION TO DISMISS & COUNTER-DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First request)** |

1    IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counter-defendant Righthaven LLC ("Righthaven"), through its attorneys of record, and Defendant/Counterclaimant, Thomas A. DiBiase, through his attorneys of record, that Mr. DiBiase's response Righthaven's motion to dismiss (Docket No. 27, filed 12/1/2010) is due **January 7, 2011**, and that Righthaven's reply in support of its motion to dismiss is due **January 21, 2011**.  This stipulation is sought in good faith to accommodate the holiday travel schedule of counsel in this action.

Dated this 8th day of December, 2010.

| SHAWN A. MANGANO, LTD. | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br>Tel: (702) 683-4788<br>Fax: (702) 922-3851<br><br>*Attorneys for Plaintiff/Counter-Defendant* | By: /s/ Bart E. Volkmer<br>BART E. VOLKMER, ESQ.<br>650 Page Mill Road<br>Palo Alto, California 94304<br><br>CHAD A. BOWERS, ESQ.<br>bowers@lawyer.com<br>Nevada Bar No. 07283<br>3202 West Charleston Boulevard<br><br>*Attorneys for Defendant/Counterclaimant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

**CERTIFICATION**

I, Bart E. Volkmer, am the ECF User whose identification and password are being used to file the **Corrected Stipulation and Order to Extend Time for Counterclaimant to File Response to Motion to Dismiss & Counter-Defendant to File a Reply in Support of its Motion to Dismiss**.  In compliance with the Electronic Filing Procedures, I hereby attest that Shawn A. Mangano has concurred in this filing.

DATED:  December 8, 2010     WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:   /s/ Bart E. Volkmer
                                    Bart E. Volkmer

                              *Attorneys for Defendant/Counterclaimant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2010 I caused a copy of the foregoing Corrected Stipulation and Order to Extend Time for Counterclaimant to File Response to Motion to Dismiss & Counter-defendant to File a Reply in Support of its Motion to Dismiss Brief to be served using the Court's CM/ECF system.

/s/ Deborah Grubbs