1  COLLEEN BAL (*pro hac vice*)  
   cbal@wsgr.com  
2  BART E. VOLKMER (*pro hac vice*)  
   bvolkmer@wsgr.com  
3  WILSON SONSINI GOODRICH & ROSATI  
   650 Page Mill Road  
4  Palo Alto, Ca 94304-1050  
   Telephone: (650) 493-9300  
5  Facsimile: (650) 493-6811  

   KURT OPSAHL (*pro hac vice*)  
   kurt@eff.org  
   CORYNNE MCSHERRY (*pro hac vice*)  
   corynne@eff.org  
   ELECTRONIC FRONTIER FOUNDATION  
   454 Shotwell Street  
   San Francisco, Ca 94110  
   Telephone: (415) 436-9333  
   Facsimile: (415) 436-9993  

6  
7  CHAD BOWERS  
   bowers@lawyer.com  
   CHAD A. BOWERS, LTD  
8  Nevada State Bar No. 7283  
   3202 West Charleston Boulevard  
9  Las Vegas, Nevada 89102  
   Telephone: (702) 457-1001  
10  
11 Attorneys For Defendant & Counterclaimant  
   THOMAS A. DIBIASE  

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>    Counterclaimant,<br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Counter-defendant.<br>_____ | CASE NO.: 2:10-cv-01343-RLH-PAL<br><br>**CORRECTED STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERCLAIMANT TO FILE RESPONSE TO MOTION TO DISMISS & COUNTER-DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First request)** |

IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counter-defendant Righthaven LLC ("Righthaven"), through its attorneys of record, and Defendant/Counterclaimant, Thomas A. DiBiase, through his attorneys of record, that Mr. DiBiase's response Righthaven's motion to dismiss (Docket No. 27, filed 12/1/2010) is due **January 7, 2011**, and that Righthaven's reply in support of its motion to dismiss is due **January 21, 2011**. This stipulation is sought in good faith to accommodate the holiday travel schedule of counsel in this action.

Dated this 8th day of December, 2010.

| | |
|---|---|
| SHAWN A. MANGANO, LTD. | WILSON SONSINI GOODRICH & ROSATI |
| By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br>Tel: (702) 683-4788<br>Fax: (702) 922-3851 | By: /s/ Bart E. Volkmer<br>BART E. VOLKMER, ESQ.<br>650 Page Mill Road<br>Palo Alto, California 94304<br><br>CHAD A. BOWERS, ESQ.<br>bowers@lawyer.com<br>Nevada Bar No. 07283<br>3202 West Charleston Boulevard |
| *Attorneys for Plaintiff/Counter-Defendant* | *Attorneys for Defendant/Counterclaimant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ___ December 9, 2010 ____

## CERTIFICATION

I, Bart E. Volkmer, am the ECF User whose identification and password are being used to file the **Corrected Stipulation and Order to Extend Time for Counterclaimant to File Response to Motion to Dismiss & Counter-Defendant to File a Reply in Support of its Motion to Dismiss**.  In compliance with the Electronic Filing Procedures, I hereby attest that Shawn A. Mangano has concurred in this filing.

DATED:  December 8, 2010                    WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation


                                                            By:    /s/ Bart E. Volkmer
                                                                        Bart E. Volkmer

                                                            *Attorneys for Defendant/Counterclaimant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2010 I caused a copy of the foregoing Corrected Stipulation and Order to Extend Time for Counterclaimant to File Response to Motion to Dismiss & Counter-defendant to File a Reply in Support of its Motion to Dismiss Brief to be served using the Court's CM/ECF system.

                                                        /s/ Deborah Grubbs