COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Plaintiff,<br>   v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>        Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>        Counterclaimant,<br>   v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Counter-defendant.<br>_____ | CASE NO.: 2:10-cv-01343-RLH-PAL<br><br>**DECLARATION OF BART E. VOLKMER IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT THOMAS A. DIBIASE'S OPPOSITION TO RIGHTHAVEN'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STRIKE COUNTERCLAIM** |

1  I, Bart E. Volkmer, declare under penalty of perjury as follows:

2  1. I am an attorney admitted *pro hac vice* to practice before this Court. I am an associate at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant-counterclaimant Thomas A. DiBiase in this action. The following facts are true of my own personal knowledge and if called and sworn as a witness I could and would testify competently to them.

  2. On December 28, 2010, The Honorable James C. Mahan held a Show Cause Hearing in the *Righthaven, LLC v. Center for Intercultural Organizing, et al.* matter. Attached hereto as Exhibit A is a true and correct copy of the Reporter's Transcript of Proceedings from that hearing.

  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 7th day of January 2011 at Palo Alto, California.

/s/ Bart E. Volkmer
Bart E. Volkmer