COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Plaintiff,<br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>        Defendant.<br><br>THOMAS A. DIBIASE, an individual,<br><br>        Counterclaimant,<br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Counter-defendant. | CASE NO.: 2:10-cv-01343-RLH-PAL<br><br>**REDACTED VERSION OF DECLARATION OF BART E. VOLKMER IN SUPPORT OF DEFENDANT THOMAS A. DIBIASE'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

1   I, Bart E. Volkmer, declare as follows:

2   1.   I am counsel for Defendant Thomas A. DiBiase. I submit this declaration in support of his motion to dismiss for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2.   The parties in this case exchanged initial disclosures on January 7, 2011. On April 8, 2011, Righthaven served on counsel for Mr. DiBiase a document entitled "Plaintiff's First Supplemental Initial Disclosures Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure." That pleading attached a Strategic Alliance Agreement between Righthaven and Stephens Media LLC.

3.   A true and correct copy of the Strategic Alliance Agreement between Righthaven and Stephens Media LLC is attached hereto as **Exhibit A**. While marked "Confidential," counsel for Righthaven agreed to remove that confidentiality designation on May 2, 2011 in light of this Court's April 14, 2011 Order in *Righthaven v. Democratic Underground*, Case No. 10-1356.

4.   A true and correct copy of ████████████████████ is attached hereto as **Exhibit B**. That document has been designated "Confidential" by Righthaven and therefore will be filed under seal conditionally upon the Court's approval.

5.   On April 29, 2011, I requested that counsel for Righthaven agree to de-designate the document attached as Exhibit B. I expressed willingness to agree that Righthaven may redact sensitive information from Exhibit B in any publicly filed version of the document. To date, Righthaven has not responded to my de-designation request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of May 2011, at Palo Alto, California.

/s/ Bart E. Volkmer
Bart E. Volkmer