COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Counterclaimant,<br>　　v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Counter-defendant.<br>_____ | CASE NO.:  2:10-cv-01343-RLH-PAL<br><br>**JOINT STIPULATION REGARDING DEFENDANT-COUNTERCLAIMANT THOMAS A. DIBIASE'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION; STIPULATION REGARDING EXTENSION OF TIME TO FILE OPPOSITION TO DIBIASE'S MOTION TO DISMISS (FIRST REQUEST)** |

1       WHEREAS, on May 4, 2011, Defendant-counterclaimant Thomas A. DiBiase ("DiBiase") filed a motion to dismiss Righthaven LLC's ("Righthaven") complaint for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3) ("Motion To Dismiss").

      WHEREAS, the Motion To Dismiss quoted from Righthaven's Operating Agreement ("Operating Agreement") and the accompanying declaration of Bart E. Volkmer attached that agreement as Exhibit B. The Operating Agreement, in its entirety, had been designated by Righthaven as "Confidential" under the protective order in this action.

      WHEREAS, DiBiase filed a redacted version of the Motion To Dismiss on the public docket and omitted Exhibit B from the Volkmer Declaration from its public filing based on Righthaven's confidentiality designation for the Operating Agreement.

      WHEREAS, Righthaven seeks an extension of time to file its opposition to the Motion To Dismiss from May 18, 2011 to May 20, 2011. Righthaven has not sought a prior extension of this deadline and seeks an extension based on scheduling conflicts of its counsel.

      WHEREAS, the parties have met and conferred and agreed that:

      (1) an unredacted version of the Motion To Dismiss may be filed on the public docket;

      (2) a redacted version of the Operating Agreement may be filed on the public docket;

      (3) redactions to the Operating Agreement shall be limited to the following: (i) salary information for Righthaven's CEO contained in Section 6.2; (ii) salary information for Righthaven's COO contained in Section 6.4; (iii) the identification of and salary information for Righthaven's CAO contained in Section 6.6; and (iv) the capital contributions of Righthaven's members contained in Section 9.2 and Exhibit 9.1; and

      (4) Righthaven's opposition to the Motion Dismiss shall be due on May 20, 2011.

      IT IS HEREBY STIPULATED AND AGREED:

      (1) The unredacted version of the Motion To Dismiss, attached hereto as Exhibit A, shall be filed on the public docket in place of Docket No. 47.

      (2) The redacted version of the Operating Agreement, attached hereto as Exhibit B, shall be filed on the public docket in place of Exhibit B to Docket No. 48; and

      (3) Righthaven's opposition to the Motion To Dismiss shall be due on May 20, 2011.

DATED: May 17, 2011

| WILSON SONSINI GOODRICH & ROSATI | SHAWN A. MANGANO, LTD. |
|---|---|
| By:  /s/ Bart E. Volkmer<br>Colleen Bal, Esq.<br>Bart E. Volkmer, Esq.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | By:  /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>9960 West Cheyenne Avenue<br>Suite 170<br>Las Vegas, Nevada 89129 |
| THE ELECTRONIC FRONTIER FOUNDATION<br>Kurt Opsahl, Esq.<br>Corynne McSherry, Esq.<br>454 Shotwell Street<br>San Francisco, California 94110 | *Attorney for Plaintiff and Counter-Defendant Righthaven LLC* |
| CHAD A. BOWERS, LTD.<br>Chad A. Bowers, Esq.<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102 | |
| *Attorneys for Defendant and Counterclaimant Thomas A. DiBiase* | |

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: _____