| | |
|---|---|
| 1  COLLEEN BAL (*pro hac vice*) | KURT OPSAHL (*pro hac vice*) |
|    cbal@wsgr.com | kurt@eff.org |
| 2  BART E. VOLKMER (*pro hac vice*) | CORYNNE MCSHERRY (*pro hac vice*) |
|    bvolkmer@wsgr.com | corynne@eff.org |
| 3  WILSON SONSINI GOODRICH & ROSATI | ELECTRONIC FRONTIER FOUNDATION |
|    650 Page Mill Road | 454 Shotwell Street |
| 4  Palo Alto, Ca 94304-1050 | San Francisco, Ca 94110 |
|    Telephone: (650) 493-9300 | Telephone: (415) 436-9333 |
| 5  Facsimile: (650) 493-6811 | Facsimile: (415) 436-9993 |

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | CASE NO.:  2:10-cv-01343-RLH-PAL |
| Plaintiff, | **JOINT STIPULATION REGARDING CASE SCHEDULE** |
| v. | |
| THOMAS A. DIBIASE, an individual, | |
| Defendant. | |
| THOMAS A. DIBIASE, an individual, | |
| Counterclaimant, | |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited-liability company, | |
| Counter-defendant. | |

JOINT STIPULATION REGARDING CASE SCHEDULE

1  WHEREAS, on December 16, 2010, the Court entered a stipulated joint discovery plan
2  and scheduling order.

3  WHEREAS, the joint discovery plan and scheduling order provides that any stipulation
4  or motion concerning extensions or modifications of the discovery plan and scheduling order
5  must be made not later than May 19, 2011.

6  WHEREAS, the parties have meet and conferred regarding the current case schedule and
7  agreed that given outstanding discovery issues and the pendency of Defendant-counterclaimant
8  Thomas A DiBiase's motion to dismiss for lack of subject-matter jurisdiction, the scheduled
9  deadlines in this case should be extended by approximately two months.

10  IT IS HEREBY STIPULATED AND AGREED:

11  The deadlines in this case shall be amended accordingly:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-off | June 8, 2011 | August 12, 2011 |
| Expert Disclosures | June 22, 2011 | August 26, 2011 |
| Rebuttal Expert Disclosures | July 1, 2011 | September 7, 2011 |
| Expert Discovery Cut-off | July 22, 2011 | September 28, 2011 |
| Dispositive Motions | August 21, 2011 | October 26, 2011 |
| Pre-trial Order | September 16, 2011 | November 18, 2011 |
| Interim Status Report | May 23, 2011 | July 29, 2011 |

DATED:  May 17, 2011

WILSON SONSINI GOODRICH & ROSATI

By:  /s/ Bart E. Volkmer
 Colleen Bal, Esq.
 Bart E. Volkmer, Esq.
 650 Page Mill Road
 Palo Alto, California 94304-1050

SHAWN A. MANGANO, LTD.

By:  /s/ Shawn A. Mangano
 Shawn A. Mangano, Esq.
 9960 West Cheyenne Avenue
 Suite 170
 Las Vegas, Nevada 89129

| | | |
|---|---|---|
| 1 | THE ELECTRONIC FRONTIER FOUNDATION | *Attorney for Plaintiff and Counter-Defendant Righthaven LLC* |
| 2 | Kurt Opsahl, Esq. | |
| 3 | Corynne McSherry, Esq.<br>454 Shotwell Street | |
| 4 | San Francisco, California 94110 | |
| 5 | CHAD A. BOWERS, LTD. | |
| 6 | Chad A. Bowers, Esq.<br>3202 West Charleston Boulevard | |
| 7 | Las Vegas, Nevada 89102 | |
| 8 | *Attorneys for Defendant and Counterclaimant Thomas A. DiBiase* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2011

JOINT STIPULATION REGARDING CASE SCHEDULE        -3-