SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:10-cv-01343-RLH-PAL<br><br>**DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF RIGHTHAVEN LLC'S RESPONSE TO DEFENDANT-COUNTERCLAIMANT THOMAS A. DIBIASE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Shawn A. Mangano, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice before all courts of the State of Nevada. I have personal knowledge of the facts set forth below, except for those factual statements expressly made upon information and belief, and as to those facts, I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2. I represent Plaintiff/Counterdefendant Righthaven LLC ("Righthaven") in the above-referenced matter. This declaration is made in support of Righthaven LLC's Response to

1

1  Defendant-Counterclaimant Thomas A. DiBiase's Motion to Dismiss for Lack of Subject Matter
2  Jurisdiction.
3      3.   In support of this response, I have caused Righthaven to submit duplicative copies
4  of the declarations of Steven A. Gibson and Mark A. Hinueber filed in *Righthaven LLC v.*
5  *Democratic Underground, LLC, et al.,* Case No. 2:10-cv-01356-RLH (Doc. ## 101, 102), which
6  is pending before thisCourt.  While the contents of these declarations describe the specific
7  copyrighted work at issue in that case and the related assignment of same, these statements are
8  equally applicable to this action in that the Assignment is substantively identical to that in
9  *Democratic Underground*. Righthaven has referenced these prior filed assignments in order to
10 simply its filing and to reduce any burden on the Court.  Righthaven is prepared to submit
11 revised versions of these declarations to the extent the Court so requires.
12     4.   Attached hereto as Exhibit 1 is a true and correct copy of the Assignment from
13 Stephens Media to Righthaven of all rights, title and interest in and to the Work at issue in this
14 case.
15     Signed and affirmed this 20th day of May, 2011 under the penalty of perjury.

          /s/ Shawn A. Mangano
          SHAWN A. MANGANO, ESQ.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Righthaven LLC and that on this 20th day of May, 2011, I caused a copy of the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*