SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-04732
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01343-RLH-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RIGHTHAVEN LCC TO FILE RESPONSE TO DEFENDANT AND COUNTERCLAIMANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**<br><br>**(First Request)** |
| THOMAS A. DIBIASE, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

     IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counterdefendant,Righthaven LLC ("Righthaven"), through its attorney of record, and Defendant/Counterclaimant Thomas A. DiBiase ("Mr. DiBiase"), through his attorneys of record, that Righthaven's Response to Mr. DiBiase's Motion to Compel (Doc. # 53) shall be due on or before June 9, 2011.  In view of this

1

extension of time, the deadline for Mr. DiBiase to file his reply shall be calculated using the date Righthaven files its response.

      This stipulation for extension of time is being granted to accommodate Righthaven's counsel's schedule.  This stipulation is sought in good faith and not for purposes of delay.

DATED: June 6, 2011

| WILSON SONSINI GOODRICH & ROSATI | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Bart E. Volkmer<br>Colleen Bal, Esq.<br>Bart E. Volkmer, Esq.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br><br>THE ELECTRONIC FRONTIER FOUNDATION<br>Kurt Opsahl, Esq.<br>Corynne McSherry, Esq.<br>454 Shotwell Street<br>San Francisco, California 94110<br><br>CHAD A. BOWERS, LTD.<br>Chad A. Bowers, Esq.<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant and Counterclaimant Thomas A. DiBiase* | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>9960 West Cheyenne Avenue<br>Suite 170<br>Las Vegas, Nevada 89129<br><br>*Attorney for Plaintiff and Counter-Defendant Righthaven LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 9, 2011