COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                    Plaintiff,<br>      v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>                    Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>                    Counterclaimant,<br>      v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                    Counter-defendant.<br>_____ | CASE NO.: 2:10-cv-01343-RLH-PAL<br><br>**JOINT STIPULATION AND PROPOSED ORDER REQUESTING THE RESCHEDULING OF MOTION TO COMPEL HEARING CURRENTLY SET FOR JUNE 28, 2011**<br>   **(First Request)** |

JOINT STIPULATION REGARDING CASE SCHEDULE

1  WHEREAS, on May 25, 2011, the Court set a Motion Hearing for June 28, 2011, at
2  10:30 AM, in Las Vegas Courtroom 3B before Magistrate Judge Peggy A. Leen, to hear
3  argument on Defendant/ Counterclaimant Thomas A. DiBiase's Motion to Compel the
4  Production of Documents from Plaintiff/Counterdefendant Righthaven LLC (Dkt. 53);
5  WHEREAS, Mr. DiBiase's reply in support of his Motion to Compel is due on or before
6  June 20, 2011;
7  WHEREAS, the parties have meet and conferred regarding the schedule and agreed that:
8  IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counterdefendant, Righthaven LLC
9  ("Righthaven"), through its attorneys of record and Defendant/Counterclaimant, Thomas A.
10 Dibiase's through their attorneys of record (collectively, the "Parties"), that DiBiase's Reply in
11 support of his Motion to Compel shall be due on or before June 23, 2011.  Furthermore, the
12 Parties respectfully request that this Court move the Motion Hearing to **June 30, 2011** at a time
13 convenient to the Court.
14 The Parties respectfully request the Court to reschedule the Motion Hearing for a later
15 date as an accommodation to the schedules of counsel appearing in this action from outside of
16 the jurisdiction, who will already be in Las Vegas to attend a hearing in another matter on June
17 30, which is set for 10:30 a.m..  This stipulation is sought in good faith and not for purposes of
18 delay.

20 DATED:  June 16, 2011

21 WILSON SONSINI GOODRICH & ROSATI     SHAWN A. MANGANO, LTD.

23 By:    /s/ Bart E. Volkmer                By:    /s/ Shawn A. Mangano
   Colleen Bal, Esq.                           Shawn A. Mangano, Esq.
24 Bart E. Volkmer, Esq.                       9960 West Cheyenne Avenue
   650 Page Mill Road                          Suite 170
25 Palo Alto, California 94304-1050            Las Vegas, Nevada 89129

27
   THE ELECTRONIC FRONTIER                    *Attorney for Plaintiff and Counter-*
28 FOUNDATION                                  *Defendant Righthaven LLC*
   Kurt Opsahl, Esq.

JOINT STIPULATION REGARDING CASE SCHEDULE     -2-

Corynne McSherry, Esq.
454 Shotwell Street
San Francisco, California 94110

CHAD A. BOWERS, LTD.
Chad A. Bowers, Esq.
3202 West Charleston Boulevard
Las Vegas, Nevada 89102

*Attorneys for Defendant and
Counterclaimant Thomas A. DiBiase*

## ORDER

The hearing currently scheduled for June 28, 2011, at 10:30 a.m., shall be **VACATED** and **CONTINUED** to **June 30, 2011, at 9:30 a.m.**, in Courtroom 3B.
Dated this 22nd day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge