SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>              Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>              Defendant. | Case No.: 2:10-cv-01343-RLH-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), hereby appeals the Clerks Judgment entered in this action on the 22nd day of June, 2011 (the "Final Judgment", Doc. # 73) to the United States Court of Appeals for the Ninth Circuit.  The Final Judgment entered in favor of Defendant Thomas A. DiBiase ("Defendant") was based on, and Righthaven's appeal in this action includes, the Court's June 22, 2011 Order (Doc. # 72), the Final Judgment (Doc. # 73), and the associated briefing by the parties in connection with Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. ## 47-49, 55-59, 64-65), all of which will properly be designated separately as part of the record on appeal by Righthaven.

Dated this 20th day of July, 2011.

SHAWN A. MANGANO, LTD.

By:     /s/ Shawn A. Mangano
        SHAWN A. MANGANO, ESQ.
        Nevada Bar No. 6730
        shawn@manganolaw.com
        9960 West Cheyenne Avenue, Suite 170
        Las Vegas, Nevada 89129-7701

        *Attorney for Plaintiff Righthaven LLC*

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 20th day of July, 2011, I caused a true and correct copy of **PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** to be served on all counsel properly registered and appearing in this action as listed in the Court's ECF system.

SHAWN A. MANGANO, LTD.

By:    /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*