SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-04732
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Defendant.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Counterdefendant. | Case No.: 2:10-cv-01343-RLH-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RIGHTHAVEN LCC TO RESPOND TO DEFENDANT/COUNTERCLAIMANT THOMAS A. DIBIASE'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS**<br><br>**(First Request)** |

    IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counterdefendant,Righthaven LLC ("Righthaven"), through its attorney of record, and Defendant/Counterclaimant Thomas A. DiBiase ("Mr. DiBiase"), through his attorneys of record, that Righthaven's Response to Mr. DiBiase's Motion for Attorney's Fees and Non-Taxable Costs (Doc. # 78) shall be due on or before **July 28, 2011**.   In view of this extension of time, and to accommodate the schedule of

1

Mr. DiBiase's counsel, Mr. DiBiase reply brief in support of his motion for attorney's fees shall be due on or before **August 12, 2011**.

This stipulation for extension of time is being sought to accommodate Righthaven's counsel's schedule.  This stipulation is sought in good faith and not for purposes of delay.

DATED: July 22, 2011

| WILSON SONSINI GOODRICH & ROSATI | SHAWN A. MANGANO, LTD. |
|---|---|
| By:    /s/ Bart E. Volkmer <br>      Colleen Bal, Esq. <br>      Bart E. Volkmer, Esq. <br>      650 Page Mill Road <br>      Palo Alto, California 94304-1050 <br><br> THE ELECTRONIC FRONTIER FOUNDATION <br>      Kurt Opsahl, Esq. <br>      Corynne McSherry, Esq. <br>      454 Shotwell Street <br>      San Francisco, California 94110 <br><br> CHAD A. BOWERS, LTD. <br>      Chad A. Bowers, Esq. <br>      3202 West Charleston Boulevard <br>      Las Vegas, Nevada 89102 <br><br> *Attorneys for Defendant and Counterclaimant Thomas A. DiBiase* | By:    /s/ Shawn A. Mangano <br>      Shawn A. Mangano, Esq. <br>      9960 West Cheyenne Avenue <br>      Suite 170 <br>      Las Vegas, Nevada 89129 <br><br> *Attorney for Plaintiff and Counter-Defendant Righthaven LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____