COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
BART E. VOLKMER (*pro hac vice*)
bvolkmer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, Ca 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys For Defendant & Counterclaimant
THOMAS A. DIBIASE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br>　　　v.<br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>　　　　　Counterclaimant,<br>　　　v.<br>RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Counter-defendant.<br>_____ | CASE NO.:  2:10-cv-01343-RLH-PAL<br><br>**MOTION TO WITHDRAW AS COUNSEL; PROPOSED ORDER** |

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**NOTICE OF MOTION & MOTION**

Please take notice that defendant and counterclaimant Thomas DiBiase ("DiBiase") respectfully moves for an order permitting Bart E. Volkmer ("Volkmer Decl.") to withdraw as his counsel in this action.

**MEMORANUDM OF POINTS & AUTHORITIES**

Local Rule IA 10-6 provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." By this motion, Mr. DiBiase moves for an order allowing Bart E. Volkmer to withdraw as his counsel in this action because Mr. Volkmer will be leaving the firm of Wilson Sonsini Goodrich & Rosati for other employment. Mr. DiBiase consents to Mr. Volkmer withdrawing as his counsel. Mr. DiBiase will continue to be represented in this action by the Electronic Frontier Foundation and Wilson Sonsini Goodrich & Rosati. Mr. Volkmer's withdrawal will not affect any case deadlines.

Dated: August 26, 2011

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
Bart E. Volkmer (*pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304

*Attorneys for Thomas A. DiBiase*

**[PROPOSED] ORDER**

For good cause shown, the Court grants Mr. DiBiase's motion to have Bart E. Volkmer withdraw as his counsel in this action.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

MOTION TO WITHDRAW; PROPOSED ORDER        -1-