| | |
|---|---|
| COLLEEN BAL (*pro hac vice*)<br>cbal@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>CHAD BOWERS<br>bowers@lawyer.com<br>CHAD A. BOWERS, LTD<br>Nevada State Bar No. 7283<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102<br>Telephone: (702) 457-1001 | KURT OPSAHL (*pro hac vice*)<br>kurt@eff.org<br>CORYNNE MCSHERRY (*pro hac vice*)<br>corynne@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 |

Attorneys for Defendant & Counterclaimant
THOMAS A. DIBIASE

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Defendant.<br>_____<br>THOMAS A. DIBIASE, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada Limited-Liability Company,<br><br>    Counter-defendant. | CASE NO.: 2:10-cv-1343 RLH PAL<br><br>**DECLARATION OF LARA PEARSON** |

## Declaration of Lara Pearson

1. My name is Lara Pearson. I am a duly licensed attorney in Nevada and a member of the Nevada bar in good standing. If asked to testify, I could testify competently to the matters set forth herein.

2. I was appointed as court-ordered receiver for Righthaven LLC on December 11, 2012 (*Righthaven v. Hoehn*, Case 2:11-cv-00050-PMP–RJJ, Dkt. 66), and served through October 9, 2012. On October 9, 2012, Judge Pro substituted Ryan Hamilton as receiver (*Hoehn*, Dkt. 109).

3. Righthaven has never voluntarily transferred possession of any assets to me, despite my efforts to obtain the assets that could be sold to help satisfy Righthaven's debts.

4. The only assets transferred to me where intangible assets, which were judicially transferred without any cooperation from Righthaven.

5. Righthaven has not informed me where its tangible assets are located.

6. I do not know where Righthaven's tangible assets are located.

7. I have never had possession, custody or control over Righthaven's tangible assets.

8. In my observation and experience as receiver, the largest obstacle in completing the receivership is Righthaven, which has been uncooperative throughout my entire tenure as receiver.

DATED: October 10, 2012                   Respectfully submitted,

                                          Lara Pearson, Esq.
                                          Exemplar Law, LLC
                                          Receiver for Judgment Debtor
                                          Righthaven LLC