


**RIGHTHAVEN LLC**
848 NORTH RAINBOW BOULEVARD, #307
LAS VEGAS, NEVADA 89107
TELEPHONE 702.527.5900     FACSIMILE 702.527.5909

October 16, 2012

*Via E-mail & CM-ECF*

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada  89147

    **Re:** ***Righthaven LLC ("Righthaven") v. DiBiase* (the "Case")**
         **United States District Court – District of Nevada Case Number: 2:11-cv-01343**

Mr. Mangano:

    As you know, Judge Leen ordered that Righthaven's computer systems be made available for a forensic copy.  You are hereby instructed to follow without any departure whatsoever every aspect of the order made today in the Case, just as you have been instructed previously to follow every previous order of every court.  Further, to the extent that for whatever reason you fail to abide by either this instruction or Judge Leen's orders, you are to disclose to myself forthwith the location of these computer systems and make them accessible to me if necessary.  You are neither to remove nor in any other way change the status of any of the computer systems except as required to effect compliance with Judge Leen's orders.

         Regards,

         RIGHTHAVEN LLC

         /s/
         STEVEN A. GIBSON

SAG:ryg

cc:    Magistrate Judge Peggy A. Leen (via CM-ECF)
       Michael R. Mushkin, Esq.