1  SUB
MICHAEL R. MUSHKIN, ESQ.
2  Nevada Bar #2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
3  4475 S. Pecos Road
4  Las Vegas, Nevada 89121
702-386-3999 Telephone
5  702-454-3333 Fax
6  michael@mushlaw.com
Attorneys for Plaintiff
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, | Case No.: 2:10-cv-00050-RLH-pal 01343-RHL-pal |
| Plaintiff, | |
| vs. | |
| THOMAS A. DIBIASE, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

### SUBSTITUTION OF ATTORNEY

Plaintiff RIGHTHAVEN, LLC, hereby substitutes Michael R. Mushkin & Associates in the above-entitled action, in the place and stead of Shawn A. Mangano, LTD.

DATED this 18th day of October, 2012.

By: Steven A. Gibson, Manager of
NET SORTIE SYSTEMS, LLC
Manager of RIGHTHAVEN, LLC

///
///
///

1

1  The undersigned hereby consents to the aforementioned substitution of Michael R. Mushkin & Associates, in the above-entitled action

DATED this 28th day of October, 2012.

SHAWN A. MANGANO, LTD.

_____
SHAWN A. MANGANO, ESQ.
Nevada Bar #6730
8367 West Flamingo Road, Ste. 100
Las Vegas, NV 89147

Michael R. Mushkin & Associates agrees to the aforementioned Substitution.

DATED this 30th day of October, 2012.

MICHAEL R. MUSHKIN & ASSOCIATES

_____
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Michael R. Mushkin & Associates, and that the foregoing **Substitution of Attorney** was served via electronic service on the date and to the addresses shown below:

Chad A. Bowers, Esq.
**THE LAW OFFICE OF CHAD A. BOWERS, LTD**
3202 W. Charleston Blvd
Las Vegas, NV 89102
ChadBowers@Lawyer.com

Colleen Bal, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
cbal@wsgr.com

Corynne McSherry, Esq.
Kurt Opsahl, Esq.
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94110
corynne@eff.org
kurt@eff.org

*Attorneys for Defendant*
*Thomas A. Dibiase*

DATED this 30th day of October, 2012.

/s/ signature
An employee of
Michael R. Mushkin & Associates