COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Defendant.<br><br>THOMAS A. DIBIASE, an individual,<br><br>    Counterclaimant,<br><br>    v.<br><br>RIGHTHAVEN LLC, a Nevada Limited-Liability Company,<br><br>    Counter-defendant. | CASE NO.: 2:10-cv-1343 RLH PAL<br><br>**STIPULATION AND ORDER REGARDING RIGHTHAVEN'S PRODUCTION OF COMPUTER SYSTEMS INFORMATION** |

IT IS HEREBY STIPULATED BETWEEN Plaintiff/Judgment Debtor Righthaven LLC ("Righthaven"), through its attorneys of record, and Defendant/Judgment Creditor, Thomas A. DiBiase, through his attorneys of record, that Mr. DiBiase may review in its entirety the information contained on Righthaven's computer systems produced by Righthaven in response to the Court's Minute Order dated October 16, 2012. Righthaven and Mr. DiBiase further stipulate that Mr. DiBiase will not take the position that Righthaven waived any privilege by virtue of making the content of the computer systems available in response to the Minute Order.

IT IS SO STIPULATED AND AGREED.          DATED: November 1, 2012

_/s/ Shawn Mangano_                       _/s/ Kurt Opsahl_

SHAWN A. MANGANO, LTD.                    ELECTRONIC FRONTIER FOUNDATION
Shawn A. Mangano, Esq.                    Kurt Opsahl, Esq.
8367 West Flamingo Road, Suite 100        454 Shotwell Street
Las Vegas, Nevada 89147                   San Francisco, CA 94110
Telephone: (702) 304-0432                 Telephone: (415) 436-9333 x108
Facsimile: (702) 922-3851                 Facsimile: (415) 436-9993

*Attorney for Judgment Debtor Righthaven LLC*

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Colleen Bal, Esq.
                                          650 Page Mill Road
                                          Palo Alto, California 94304-1050

                                          CHAD A. BOWERS, LTD.
                                          Chad A. Bowers, Esq.
                                          3202 West Charleston Boulevard
                                          Las Vegas, Nevada 89102

                                          *Attorneys for Judgment Creditor Thomas DiBiase*

**IT IS SO ORDERED.**

DATED and DONE this ____ day of November 2012.

_____
UNITED STATES MAGISTRATE JUDGE

1

**DECLARATION PURSUANT TO SPECIAL ORDER 109**

I, Kurt Opsahl, hereby declare pursuant to Special Order 109 that I have obtained Judgment Debtor's concurrence in the filing of this document from Shawn Mangano, Counsel for Judgment Debtor Righthaven LLC.

Executed on November 1, 2012, in San Francisco, California.

/s/ *Kurt Opsahl*
Kurt Opsahl

\*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on November 1, 2012, in San Francisco, California.

/s/ *Kurt Opsahl*
Kurt Opsahl