SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

*Attorney for Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:10-cv-01343-RLH-PAL<br><br>**NOTICE OF COMPLIANCE WITH OCTOBER 16, 2012 ORDER** |

　　　Shawn A. Mangano, counsel of record pending his withdrawal on behalf of Plaintiff and Counter-defendant Righthaven LLC ("Righthaven"), hereby submits this Notice of Compliance with the Court's October 16, 2012 Order (the "October 16th Order," Doc. # 121). The October 16th Order provides that Mr. Mangano's Motion to Withdraw as Counsel of Record for Righthaven (Doc. # 116) would not be granted until certain desktop computers, related components and the company's server were made available to Defendant's counsel during a 14-day period following its entry. (Doc. # 121.) This Notice of Compliance advises that Defendant's counsel did not ask to inspect the computer components during the relevant time period and that Mr. Mangano has surrendered all computer components in his possession to Righthaven's new

counsel, Mr. Michael Mushkin. Accordingly, Mr. Mangano respectfully requests the Court grant his Motion to Withdraw as Counsel of Record for Righthaven.

On October 30, 2012, a Substitution of Counsel was entered by Michael Mushkin, Esq., as counsel for Righthaven, and was consented to by Steven A. Gibson on behalf of the company and by Shawn A. Mangano, Esq. as withdrawing counsel. (Doc. # 122.) That same day, all desktop computers, server and related components held in storage by Mr. Mangano were delivered to Mr. Mushkin's office. Defendant's counsel was advised of the pending substitution and made aware of that all desktop computers, related components and the company's server were delivered to Mr. Mushkin's office. At no time before the delivery of these items had Defendant's counsel made arrangements for their inspection and/or copying as authorized by the October 16th Order. Accordingly, any inspection and/or copying the electronic information stored on these components by the Defendant shall be coordinated with Righthaven's new counsel, Mr. Mushkin.

Dated this 4st day of November 2012.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
shawn@manganolaw.com
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 4th day of November 2012, I caused a copy of the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Tel: (702) 683-4788
Fax: (702) 922-3851