COLLEEN BAL (*pro hac vice*)
cbal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

CHAD BOWERS
bowers@lawyer.com
CHAD A. BOWERS, LTD
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

KURT OPSAHL (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant & Counterclaimant
THOMAS A. DIBIASE

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS A. DIBIASE, an individual,<br><br>　　　Defendant.<br><br>———————————————————<br><br>THOMAS A. DIBIASE, an individual,<br><br>　　　Counterclaimant,<br><br>　　　v.<br><br>RIGHTHAVEN LLC, a Nevada Limited-Liability Company,<br><br>　　　Counter-defendant. | CASE NO.: 2:10-cv-1343 RLH PAL<br><br>**STIPULATION AND ORDER REGARDING RIGHTHAVEN'S PRODUCTION OF COMPUTER SYSTEMS INFORMATION** |

IT IS HEREBY STIPULATED BETWEEN Plaintiff/Judgment Debtor Righthaven LLC ("Righthaven"), through its attorneys of record, and Defendant/Judgment Creditor, Thomas A. DiBiase, through his attorneys of record, that Mr. DiBiase may review in its entirety the information contained on Righthaven's computer systems produced by Righthaven in response to the Court's Minute Order dated October 16, 2012. Righthaven and Mr. DiBiase further stipulate that Mr. DiBiase will not take the position that Righthaven waived any privilege by virtue of making the content of the computer systems available in response to the Minute Order.

IT IS SO STIPULATED AND AGREED.        DATED: November 1, 2012

| /s/ Shawn Mangano | /s/ Kurt Opsahl |
|---|---|
| SHAWN A. MANGANO, LTD.<br>Shawn A. Mangano, Esq.<br>8367 West Flamingo Road, Suite 100<br>Las Vegas, Nevada 89147<br>Telephone: (702) 304-0432<br>Facsimile: (702) 922-3851<br><br>*Attorney for Judgment Debtor Righthaven LLC* | ELECTRONIC FRONTIER FOUNDATION<br>Kurt Opsahl, Esq.<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333 x108<br>Facsimile: (415) 436-9993<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Colleen Bal, Esq.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br><br>CHAD A. BOWERS, LTD.<br>Chad A. Bowers, Esq.<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Judgment Creditor Thomas DiBiase* |

**IT IS SO ORDERED.**

DATED and DONE this 7ÿ day of November 2012.

_____
UNITED STATES MAGISTRATE JUDGE

1